UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
APR - 5 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| JERRY BRIM, MIKE PRINCE, and MIKE TUTTLE, ) ) ) | |
| Plaintiffs, ) ) | |
| VS. ) ) | Civil Action No: MO-05-CV-018-XR |
| EXXON MOBILE PIPELINE CO., ) ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with this Court's order of this date, it is hereby ORDERED, ADJUDGED and DECREED that judgment be entered in favor of the defendant on Plaintiffs' ADEA, Sherman, and Clayton Act claims. Plaintiff's state-law claims are dismissed without prejudice. Costs of Court are awarded to Defendant. Defendant is ordered to submit its bill of costs in the form designated by the Clerk within ten days.

SIGNED this 3rd day of April, 2006.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

1